NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN STEELMAN, | ) | No. C 07-4225 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) ) ) ) | |
| Defendant. | ) ) | |

    Plaintiff, a state prisoner proceeding pro se, filed a motion for administrative relief seeking enforcement of a consent decree entered in the class action Gilmore v. Lynch, Case No. C 66-45878 SI.  If Plaintiff seeks enforcement (or clarification) of the consent decree in the above-referenced class action, he must go through class counsel – Donald Specter of the Prison Law Office, General Delivery, San Quentin, CA 94964.  Cf. Gillespie v. Crawford, 858 F.2d 1101, 1103 (5th Cir. 1988) (en banc) ("Individual members of the class and other prisoners may assert any equitable or declaratory claims they have, but they must do so by urging further actions through the class representative and attorney, including contempt proceedings, or by intervention in the class action.")

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Steelman225dis     1

1   Accordingly, Plaintiff's individual action for enforcement of the consent decree is
2   DISMISSED without prejudice to Plaintiff pursuing proper procedures. The Clerk shall
3   terminate all pending motions as moot and close the file. No filing fee is due.
4   IT IS SO ORDERED.
5   DATED: 8/28/07

    JEREMY FOGEL
6   United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  John Steelman
   D-30388/1-C4-02
   Folsom State Prison
4  P.O. Box 950
   Folsom, CA  95763

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Steelman225dis          3