NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEELMAN, ) | No. C 07-4225 JF (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| CALIFORNIA DEPARTMENT OF ) CORRECTIONS AND ) REHABILITATION, ) | |
| Defendant. ) | |

The Court has dismissed the instant civil action for enforcement/clarification of the consent decree without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/28/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Steelman225jud          1

1  A copy of this ruling was mailed to the following:

2

3  John Steelman
   D-30388/1-C4-02
   Folsom State Prison
4  P.O. Box 950
   Folsom, CA  95763

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\cr.07\Steelman225jud            2