February 28, 2008

United States District Court
Northern District Of California

07-4225 JF

To: Clerk Of The Court

I apologize for not including an In Forma Pauperis Application with this filing. I filed one back in August 2007, under Case No. C 07 4225 JF (PR). I will file another a soon as I am able to get it processed here at Folsom State Prison.

Also, could you please excuse me from the "E – Filing" requirement? When I filed back in August 2007, I was informed my case had been designated for "E – Filing", but the Judge dismissed me to seek remedy through "Class Counsel", so I did not run into the problems of this.

I am a State Prisoner and completely unable to comply with "E – Filing", or even FAXing documents to the Court. Please trust me, I would if I could.

Thank you for your assistance in this matter.

Respectfully,

John Steelman

J. STEELMAN D-30368

Legal Mail



United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3483

RECEIVED

MAR 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



$07.75
FEB 29 2008
MAILED FROM ZIPCODE 95672