John Steelman   ID#  D-30388
Folsom State Prison  1-C4-02
P.O. Box 950
Folsom, CA  95763

**ORIGINAL**

**FILED**

MAR 0 3 2008

CLERK
NORTHERN

No. 45878

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILMORE                            )
                                   ) CASE NO. _____
         Plaintiff-Appellant,      )
v.                                 ) MOTION TO SEEK
                                   ) ADMINISTRATIVE RELIEF
PEOPLE OF THE STATE OF             ) IN ACCORDANCE WITH
CALIFORNIA                         ) LOCAL RULES OF COURT
         Defendant-Appellee.       ) CIVIL L.R. 7-11
                                   )

MOTION TO SEEK ADMINISTRATIVE RELIEF
IN ACCORDANCE WITH
NORTHERN DISTRICT LOCAL RULES OF COURT
CIVIL L.R. 7-11

```
John Steelman   ID # D-30388
Folsom State Prison   1-C4-02
P.O. Box 950
Folsom, CA  95763
Pro se
```

No. 45878

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILMORE | ) |
|     Plaintiff-Appellant, | ) CASE NO. _____ |
| v. | ) MOTION TO SEEK |
| | ) ADMINISTRATIVE RELIEF |
| PEOPLE OF THE STATE OF | ) IN ACCORDANCE WITH |
| CALIFORNIA | ) LOCAL RULES OF COURT |
|     Defendant-Appellee. | ) CIVIL L.R. 7-11 |

Comes now John Steelman, movant in this matter, and respectfully asks that as soon as it may please the Court, to schedule this matter to be heard, on date: _____, at the time of _____, and before the Honorable Judge of this Court _____, that this motion may be heard and resolved.

Movant, a state prisoner proceeding pro se, is a member of the plaintiff class in which the above case has been decided and consent decrees stipulated to by the parties.

Movant respectfully submits this motion to seek administrative relief in the above entitled case. This motion, with attached declaration of movant and exhibits is authorized by Civil L.R. 7-11 of

1

this District Court, and complies with Civil L.R. 7-11 except that movant - an incarcerated state prisoner - has delivered the motion and attachments via prison legal mail procedures as stated in the enclosed proof of service.

Movant invokes the protection afforded by this court in its Order Settling and Dismissing Action, Sept. 28, 1978, stating that the above named action shall be dismissed "<u>subject to the right of plaintiffs to file a petition with this court to seek enforcement with the provision of this Court's order of October, 16, 1972</u>.

Movant submits that he has been prevented from seeking redress in the courts from a violation of state and federal constitutional protections due to deliberate indifference, dilatory and obfuscatory tactics by the California Department of Corrections and Rehabilitation (CDCR), and that these tactics have been routinely practiced since movant's arrival at Folsom State Prison in February 2003.

Movant's declaration will detail the specific discrepancies and their effect, and movant's exhibits will substantiate the claim that the CDCR has been aware of these deficiencies for several years.

Movant will show that the Inmate Appeal process has been ineffective in achieving any reasonable resolution in this matter, and is used to further hamper, impede, and delay his ability to seek the limited review of alleged violations afforded him.

Movant avers that the CDCR is, and has been, in direct violation of this Court's Orders and stipulated consent decrees for <u>years</u>, and has now created a "core <u>Bounds</u> violation," as stated in <u>Bounds v. Smith</u>, 430 U.S. 817 (1977) and <u>Lewis v. Casey</u>, 518 U.S. 343 (1996).

2

Movant has no other recourse to seek reasonable relief and remedy to the alleged violations stated herein, except to seek this Court's intervention by invoking the procedures afforded under this Court's 1979 Order, and Civil L.R. 7-11.

Movant respectfully asks for the Court's intervention by requesting an order for the following relief:

1. The California Department of Corrections and Rehabilitation (CDCR) identify <u>all</u> out-of-date, lapsed subscription items, and missing mandated "Gilmore Collection" legal materials at Folsom State Prison, and immediately purchase and make same available to movant and all similarly situated prisoners.

2. That the CDCR explain the repeated delays in purchase and subscription renewal of mandated "Gilmore Collection" material to the Court and movant, in light of reports submitted to CDCR Headquarters and Principle Librarian for over two years from Folsom State Prison.

3. That the CDCR and Prison Law Office explain to the Court and movant, the lack of oversight that has allowed the CDCR to neglect purchase and subscription renewal of mandated "Gilmore Collection" material over the past several years at Folsom State Prison.

4. That the CDCR Principle Librarian shall personally notify the Court and movant of compliance with this Order, and

5. That this Court shall retain jurisdiction and oversight of this matter in light of CDCR's demonstrated recalcitrance to comply with this Court's orders in this matter, and their own stated rules and regulations.

Date:

FEB 28 08

Respectfully submitted,

John Steelman   D-30388   pro se

**VERIFICATION**

I am the movant in the above entitled action. I declare under penalty of perjury that the above statements are true and correct.

Date:

FEB 28 08

Respectfully submitted,

John Steelman   D-30388   pro se

3

PROOF OF SERVICE BY MAIL

GILMORE                              )
       Plaintiff-Appellant,   )
                                )
v.                                   )    CASE NO. _____
PEOPLE OF THE STATE OF               )
CALIFORNIA                           )
       Defendant-Appellee      )

I, John Steelman, am a resident of Folsom State Prison, in the County of Sacramento, State of California. I am over the age of 18 years, and I am a party to this action.

On _____FEB 28 08_____, I served the following document(s):

    MOTION FOR LEAVE TO PROCEED PRO SE - OR - MOTION TO APPOINT INDEPENDENT COUNSEL

    MOTION TO SEEK ADMINISTRATIVE RELIEF IN ACCORDANCE WITH LOCAL RULES OF COURT CIVIL L.R. 7-11

    DECLARATION OF JOHN STEELMAN AND MEMORANDUM OF LAW TO SUPPORT MOTION SEEKING ADMINISTRATIVE RELIEF UNDER LOCAL RULE L.R. 7-11

    PROPOSED ORDER AND DECLARATION OF JOHN STEELMAN ON LACK OF STIPULATION IN ACCORDANCE WITH CIVIL L.R. 7-11

To the below listed parties by placing true copies of the document(s) in a sealed envelope with postage paid or affixed, in the United States Mail via prison Legal Mail procedures, addressed as follows:

    United States District Court, Northern District of California, U.S. Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102-3483

    Prison Law Office, Attn: Donald Spector, General Delivery, San Quentin, CA 94964

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _28th_ day of _February_, 200_8_, at _Folsom Prison_, California.

                                           _/s/ John Steelman_
                                           John Steelman, D-30388