John Steelman  D-30388
Folsom State Prison  1-C4-02
P.O. Box 950
Folsom, CA  95763
Pro se

**ORIGINAL**

**FILED**

No. 45878

MAR 0 3 2008

IN THE UNITED STATES DISTRICT COURT

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILMORE ) | CASE NO. C07-4225 JF |
| Plaintiff-Appellant, ) | |
| V. ) | DECLARATION OF JOHN |
| ) | STEELMAN ON LACK OF |
| PEOPLE OF THE STATE OF ) | STIPULATION IN ACCORD- |
| CALIFORNIA ) | ANCE WITH |
| Defendant-Appellee. ) | CIVIL L.R. 7-11 |

**DECLARATION of JOHN STEELMAN:**

1. I, John Steelman, hereby declare that I am the movant in the above entitled action, and the following is true and correct.

2. I am a State prison inmate, in the custody and control of the California Department of Corrections and Rehabilitation (CDCR), and under the immediate custody and control of Respondent Warden, M.C. Kramer, of Folsom State Prison, in Represa California.

3. As a state prisoner I am unable to contact the parties and request a stipulation to the proposed order in his matter.

4. I believe that my seeking administrative remedy in the CDCR via the Inmate Appeals process has served notice of the deficiencies listed in the motion as they pertain specifically to me, and that

1

listings of out-of-date, missing, and non-renewed subscriptions of mandated "Gilmore Collection" materials submitted in the exhibits demonstrates the CDCR's reluctance and recalcitrance to comply with the standing orders of this Court, and their own regulations.

5. The CDCR has had the ability to discuss with me the Inmate Appeals I have sent to the Director's Level for review, and chosen not to, nor to rectify the listed discrepancies submitted.

6. The CDCR can, at any time, correct the listed deficiencies, and I believe employs people of sufficient capability to ensure that subscriptions are maintained and renewed in a timely manner.

## VERIFICATION

I am the movant and declarant in the above entitled action. I declare under penalty of perjury that the above statements are true and correct.

Date:
FEB 28 08

Respectfully submitted,

John Steelman, D-30388 Pro se