John Steelman D-30388
C-1/218
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226-2199

**FILED**

08 APR -9 P 3: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

United States District Court
Northern District of California

Steelman / Gilmore,
         Petitioner,

Case no. C07-4225 JF

v.

NOTICE OF CHANGE OF ADDRESS

State of California,
         Respondent.

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE.

PLEASE TAKE NOTICE: That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new address is: John Steelman D-30388
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226-2199

**VERIFICATION**

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE: 4/6/08

RESPECTFULLY SUBMITTED,

[signature]

W. Steelman D-30388
C-1/218
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226-2199

LEGAL MAIL

SAN BERNARDINO CA 924
07 APR 2008 PM 7 T

Clerk, U.S. District Court
Northern District of California
280 South First St., Rm 2112
San Jose, CA 95113-3045

95113+30454