FILED
2008 APR 30 P 2: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN STEELMAN

          Plaintiff,

vs.

State Of California

          Defendant.

CASE NO. C07 4225 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, John Steelman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _XX_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: Folsom State Prison

Gross: varies    Net: Less than $ 20.00 per month

Employer: Calif. Dept. of Corrections and Rehabilitation (CDCR)

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)
United States Navy, in the year 1986.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ____ No XX

    b. Income from stocks, bonds, or royalties?     Yes ____ No XX

    c. Rent payments?     Yes ____ No XX

    d. Pensions, annuities, or life insurance payments?     Yes ____ No XX

    e. Federal or State welfare payments, Social Security or other government source?     Yes ____ No XX

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married?     Yes ____ No XX

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:
Gross $ _____ Net $ _____

4. a. List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None
_____

_____

5.  Do you own or are you buying a home?    Yes ____ No _XX_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No _XX_
Make _____ Year _____ Model _____
Is it financed? Yes _____ No _____ If so, Total due: $ _____
Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No _XX_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____
_____
Present balance(s): $ _____
Do you own any cash? Yes ____ No _XX_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _XX_
_____

8.  What are your monthly expenses?
Rent: $ __$ 0.00_____ Utilities: _$ 0.00_____
Food: $ __$ 0.00_____ Clothing: _$ 0.00_____
Charge Accounts:  None

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  California Victims' Restitution Fund, $ 10,000 dollar fine in case #
4  KIN 7773 - owe approximately $ 9,000 dollars.

5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes XX  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  Gilmore v. Lynch, Case No. 45878, Nothern Dist. of California

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  March 25, 2008
17      DATE                      SIGNATURE OF APPLICANT
18                                      John Steelman, D-30388

Case Number: C07 - 4225 - JF

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Steelman, John** [prisoner name] for the last six months **Ironwood State Prison** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 4/23/08

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                         CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 04/25/08
                                                    IRONWOOD STATE PRISON                         PAGE NO:           1
                                                 INMATE TRUST ACCOUNTING SYSTEM
                                                 INMATE TRUST ACCOUNT STATEMENT

                                          FOR THE PERIOD: OCT. 01, 2007 THRU APR. 25, 2008

ACCOUNT NUMBER  : D30388                                         BED/CELL NUMBER: CFB500000000236U
ACCOUNT NAME    : STEELMAN, JOHN RICHARD                         ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                                                TRUST ACCOUNT ACTIVITY

DATE SENTENCED: 05/19/86                     * RESTITUTION ACCOUNT ACTIVITY
COUNTY CODE: KIN                                                  CASE NUMBER: 7773
                                                                  FINE AMOUNT: $ 10,000.00
 DATE    TRANS.   DESCRIPTION                                    TRANS. AMT.     BALANCE
                                                                 -----------    ---------
10/01/2007          BEGINNING BALANCE
 4/07/08  SU03     SYS UPDATE - POS                                    9.45-      9,059.83
                                                                                  9,050.38

                                    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                               TRUST ACCOUNT SUMMARY

           BEGINNING      TOTAL          TOTAL        CURRENT       HOLDS         TRANSACTIONS
           BALANCE      DEPOSITS     WITHDRAWALS      BALANCE      BALANCE       TO BE POSTED
           ---------    ---------    ------------    ---------    ---------      ------------
             0.00         0.00           0.00          0.00         0.00              0.00

                                                                              CURRENT
                                                                             AVAILABLE
                                                                              BALANCE
                                                                             ---------
                                                                               0.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: J Royer 4-25-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

# CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy the prisoner's trust account statement showing transactions of;

**STEELMAN, JOHN D30388** for the last six months at

**IRONWOOD STATE PRISON** where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0.00 and the average balance in the prisoner's account each for the most recent 6-month period was $ 0.00.

Dated 04/25/08

_____
Authorized Officer of the Institution



Ironwood State Prison C-51236
Blythe, CA 92226-2199

U.S. District Court
Northern Dist. of California
280 S. First St. #2112
San Jose, CA 95113-3008

Legal Mail