John Steelman
CDCR # D-30388

Pro se

**FILED**

MAY 30 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California

John Steelman,
      Petitioner,

Case no. C 07-4225 JF

v.

State of California,
      Respondent.

NOTICE OF CHANGE OF ADDRESS

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE.

**PLEASE TAKE NOTICE:** That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new address is:   John Steelman D-30388
Ironwood State Prison C-5/236
P.O. Box 2199
Blythe, CA 92226-2199

**VERIFICATION**

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE: 5/26/08

RESPECTFULLY SUBMITTED,

*/s/ John Steelman*
John Steelman

J. Stegeman D-36388
Ironwood State Prison C-5/236
P.O. Box 2199
Blythe, CA 92226-2199

Legal Mail

Clerk, U.S. District Court
280 S. First Street, Rm 2112
San Jose, CA 95113-3095

