May 26, 2007

RECEIVED

2008 MAY 30  PM 3: 42

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

John Steelman   D-30388
Ironwood State Prison   C-5 /236
P.O. Box 2199
Blythe,   CA  92226 - 2199


To: Clerk of the Court


Would you please send me copies of your Federal Habeas Corpus Petition - 28 U.S.C. § 2254, and Civil Rights Complaint - 42 U.S.C. § 1983, for state prisoner's filings. I also need the fee waiver (Forma Pauperis) applications.

The prison does not have current copies of the above court forms. I will ensure they receive and maintain the above listed forms.

Thank you for your time and assistance.

Respectfully,